MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: stephen.corrigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00862 YGR |
|    Plaintiff, | STIPULATION TO CONTINUE AND ORDER |
| v. | |
| MIGUEL IBARRIA, | |
|    Defendant. | |

      The parties are next scheduled to appear before this Court on March 21, 2013 at 2:00 p.m. for status.  The parties, United States of America and defendant Miguel Ibarria, through counsel of record, stipulate and agree that they have reached an agreement and request that the Court continue defendant Ibarria's March 21, 2013

////

STIPULATION AND ORDER
CONTINUANCE SENTENCING DATE
CR 12-00862 YGR

1  appearance to April 4, 2013 at 2:00 p.m. for a change of plea.

3  IT IS SO STIPULATED.

5  DATED: March 18, 2013                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                                   /s/
                                            STEPHEN G. CORRIGAN
                                            Assistant United States Attorney

11 DATED: March 18, 2013                           /s/
                                            BRENT F. ROMNEY
                                            Counsel for Miguel Ibarria

14 IT IS SO ORDERED.

16 DATED:  March 20, 2013
                                            YVONNE GONZALEZ ROGERS
                                            United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUANCE SENTENCING DATE
CR 12-00862 YGR                 2